UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CHARITY M. SNYDER-LITTLEFIELD,

           Plaintiff,

v.                                                                    Case No. 9:23-cv-81390-RLR

THE CREDIT PROS INTERNATIONAL, LLC,

           Defendant.

_____

**NOTICE OF MEDIATION**

      Pursuant to the Court's November 16, 2023 Order [Dkt. 12], the Parties are jointly notifying the Court that a mediation before **Hon. Gregory P. Holder** has been scheduled in the above-captioned matter for **June 13, 2024 at 9:00 a.m.** Mediation will take place via Zoom video-conference.

| | |
|---|---|
| Dated: December 20, 2023 | Respectfully submitted, |

| | |
|---|---|
| _/s/ Alexander J. Taylor_ | _/s/ Jamey R. Campellone_ |
| Alexander J. Taylor, Esq. | Jamey R. Campellone, Esq. |
| Florida Bar No. 6327679 | Florida Bar No. 119861 |
| SULAIMAN LAW GROUP, LTD. | GREENSPOON MARDER, LLP |
| 2500 S. Highland Ave. Suite 200 | 200 East Broward Blvd., Suite 1800 |
| Lombard, IL 60148 | Fort Lauderdale, FL 33301 |
| Telephone: (630) 575-8181 | Telephone: (954) 527-6296 |
| Facsimile: (630) 575-8188 | Facsimile: (954) 333-4027 |

|  |  |
|---|---|
| ataylor@sulaimanlaw.com | Jamey.campellone@gmlaw.com |
| *Counsel for Plaintiff* | Gabby.mangar@gmlaw.com |
|  | *Attorneys For Defendant* |

## **CERTIFICATE OF SERVICE**

I, Alexander J. Taylor, certify that on December 20, 2023, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

*/s/ Alexander J. Taylor*
